IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**COURTNEY BRISCO**                                                                                       **PLAINTIFF**

v.                                         **Case No. 4:21-cv-00307 KGB**

**SUN LIFE ASSURANCE
COMPANY OF CANADA**                                                                   **DEFENDANT**

## ORDER

Before the Court is a stipulation of dismissal with prejudice (Dkt. No. 16). The stipulation accords with the terms of Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

For good cause shown, the Court adopts the stipulation of dismissal. The action is dismissed with prejudice, with each party to bear its own costs and attorneys' fees.

It is so ordered this 20th day of December 2022.

_Kristine G. Baker_
Kristine G. Baker
United States District Judge